DEFENDANT'S EXHIBIT 2

STATE OF MAINE
YORK, ss.

SUPERIOR COURT
Civil Action
Docket No. CV-22-045

| | | |
|---|---|---|
| SARAH CHAGNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON DEFENDANTS' MOTION TO DISMISS COUNT TWO OF PLAINTIFF'S AMENDED COMPLAINT** |
| v. | ) | |
| | ) | |
| TEGAN TESKE and AMANDA GUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Verified Motion to Dismiss Count Two of Plaintiff's Complaint filed on July 20, 2022. With no opposition having been filed within 21 days, Plaintiff has waived any opposition, per M.R.Civ.P. 7(c)(3). In the absence of any timely opposition, the Court hereby grants the Motion to Dismiss based on the grounds set forth in Defendants' Motion.

Accordingly, it is hereby ordered, and the entry is: "Defendants' Motion to Dismiss Count Two of Plaintiff's Complaint is GRANTED." With both counts having been dismissed, this Order constitutes a final judgment in this matter.

The clerk may enter this Order on the docket by reference pursuant to M.R. Civ. P. 79(a).

Dated: August 25 , 2022

Hon. Richard Mulhern
Justice, Superior Court

ENTERED ON THE DOCKET ON: 8/25/2022

STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. ALFSC-CV-22-45

SARAH CHAGNON, formerly Sarah Teske,

Plaintiff

v.

TEGAN TESKE,

and

AMANDA GUNTER,

Defendants

**ORDER ON MOTION FOR FOR RECONSIDERATION**

On Motion of the Plaintiff, Sarah Chagnon, and with/~~without~~ opposition having been filed, it is hereby ORDERED that the Plaintiff's Motion to Reconsider is hereby [redacted]/DENIED.

SO ORDERED,

Date: 8/25, 2022

Maine Superior Court Judge

ENTERED ON THE DOCKET ON: 8/25/2022

YORK COUNTY SUPERIOR
JUL 5 '22 AM11:59