**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| SARAH M. CHAGNON,<br>Plaintiff,<br>v.<br>TEGAN S. TESKE and<br>AMANDA N. GUNTER,<br>Defendants. | Civil Action No.<br>2:23-cv-00389-LEW |

**ATTORNEY KEITH A. MATHEWS' MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF**

Attorney Keith A. Mathews respectfully moves for leave to withdraw his appearance as counsel for Plaintiff Sarah M. Chagnon pursuant to Local Rule 83.2(c) and the Court's August 27, 2026 Order (ECF No. 149). The Court's understanding stated in that Order is correct.

**WHEREFORE**, Attorney Mathews respectfully requests that the Court grant him leave to withdraw his appearance as counsel for Plaintiff.

Dated: August 27, 2026

Respectfully submitted,

/s/ Keith A. Mathews
Keith A. Mathews, Esq.
Law Offices of Keith A. Mathews, Esq.
1000 Elm Street, Suite 803
Manchester, NH 03101
Telephone: (603) 923-9855
Email: Keith@aaone.law
Counsel for Plaintiff Sarah M. Chagnon

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, I served a copy of the foregoing Motion on Plaintiff Sarah M. Chagnon by first-class mail at her last-known address and on all counsel of record through the Court's CM/ECF system.

/s/ Keith A. Mathews